94–2484.  State v. Luna.  *Huron County,* No. H9324.  On motion for leave to file delayed appeal. Motion denied.

RESNICK, J., dissents.